TINNEN v. UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL

No. 181P95

Case below: 118 N.C.App. 586

Petition by respondent (Univ. of NC-CH) for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

TURBYFILL v. DEPT. OF HEALTH, ENVIR. & NAT. RES.

No. 132P95

Case below: 118 N.C.App. 176

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

WHITLEY v. CAROLINA CLINIC, INC.

No. 177P95

Case below: 118 N.C.App. 523

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

WINANS v. DENSON

No. 155P95

Case below: 118 N.C.App. 177

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.